# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GIOVANNI KOHLER KURTZE,<br>　　　　　　　　Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>　　　　　　　　Respondent. | No. 79348<br><br>**FILED**<br><br>AUG 30 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY_____S. Young_____<br>DEPUTY CLERK |

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). To the extent that appellant appeals from the judgment of conviction entered on October 23, 2018, the notice of appeal was untimely filed.[1] NRAP 4(b); NRAP 26(a); NRAP 26(c). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court

ORDERS this appeal DISMISSED.

　　　　　　　　　　　　　　　　　　_____Pickering_____, J.
　　　　　　　　　　　　　　　　　　　　Pickering

_____Parraguirre_____, J.　　　　　　　_____Cadish_____, J.
　Parraguirre　　　　　　　　　　　　　　Cadish

---

[1]Appellant has already appealed from the judgment of conviction. *See Kurtze v. State*, Docket No. 77304.

19-36476

cc:   Hon. Michelle Leavitt, District Judge
Giovanni Kohler Kurtze
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk